**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RONALD DANE MUSTARD,**

        **Plaintiff,**

**-vs-**                                                    **Case No.  6:05-cv-771-Orl-31KRS**

**COOPER TIRE & RUBBER COMPANY,**

        **Defendant.**

_____

### ORDER

    This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL OF RECORD FOR THE PLAINTIFF, RONALD DANE MUSTARD (Doc. No. 7)** |
| **FILED:** | **May 24, 2005** |

    In the present motion,  Michael A. Shiffman, Esq. seeks to withdraw as counsel for

Plaintiff Ronald Dane Mustard.  It is **ORDERED** that if Mr. Mustard objects to the motion, he

should file with the Court a written response to the motion, which response shall be filed on or

before June 10, 2005.  Mr. Mustard is cautioned that if his counsel is permitted to withdraw, Mr.

Mustard will be responsible for prosecuting this case on his own behalf, including abiding by all

rules and orders of the Court.

The Clerk of Court is directed to serve a copy of this order on Ronald Dane Mustard at 183

A Rockefeller Drive, Ormond Beach, Florida 32176.

**DONE** and **ORDERED** in Orlando, Florida on May 25, 2005.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties